# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-522
LT Case No. 2015-CA-005815

_____

FLORIDA DEPARTMENT OF
TRANSPORTATION,

    Appellant/Cross-Appellee,

    v.

ILANA OHAYON, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF ESTHER OHAYON, DECEASED,

    Appellee/Cross-Appellant,

    and

MICHAEL FORTUNATO, AND
CLEANING SERVICES OF NORTH
FLORIDA, INC., AND THE CITY OF
JACKSONVILLE,

    Appellees.

_____

Nonfinal appeal from the Circuit Court for Duval County.
G.L. Feltel, Jr., Judge.

Hayley Lewis Folmar, and Kassi McLaren Studds, of
McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A.,
Jacksonville, for Appellant/Cross-Appellee.

John Wayne Hogan, of Terrell Hogan Yegelwel, PA, Jacksonville, for Appellee/Cross-Appellant, Ilana Ohayon, as Personal Representative of the Estate of Esther Ohayon, Deceased.

No Appearance for Remaining Appellees.

March 5, 2024

PER CURIAM.

AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____